■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MARSHA COVINGTON, Respondent.— Appeal from an order of the Court of Special Sessions of the City of New York, Kings County, dismissing an information before trial on the court's own motion. Order reversed, and motion denied. There was a sufficient showing of a prima facie case against respondent (People v. Eaton, 122 App. Div. 706, 710, affd. 192 N. Y. 542). Hence, dismissal of the information was improper. Nolan, P. J., Beldock, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT G. GLASS, Appellant.— Appeal from a judgment of conviction rendered by the Extraordinary Special and Trial Term of the Supreme Court, Suffolk County, and from each and every intermediate order therein made. On June 5, 1958 appellant was found guilty by a jury of (1) conspiracy to pervert and obstruct justice and the due administration of law in violation of subdivision 6 of section 580 of the Penal Law (count 1) and (2) giving or offering bribes in violation of section 1822 of the Penal Law (counts 19, 20, 21, 23, 24, 25, 26, 27 and 29). On November 26, 1958 appellant was sentenced to pay a fine of $5,000 on each of counts numbered 19, 20, 21, 23, 27 and 29 and in addition to serve from 1½ to 3 years on each of the aforesaid counts. The court directed that the prison terms run concurrently. Execution of the prison terms was stayed on certain conditions. Sentence was suspended on counts 1, 24, 25 and 26. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ.; Murphy, J., deceased.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOHN SACHARSKE, Appellant.— Appeal from an order of the County Court, Queens County, denying appellant's application in the nature of a writ of error coram nobis to vacate a judgment of conviction rendered by said court on November 7, 1949. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.